**Order entered April 19, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00069-CV

### CITY OF DALLAS, TEXAS, Appellant

### V.

### KOJO NKANSAH, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13943**

## ORDER

Before the Court is appellee's April 18, 2018 second unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief filed no later than April 26, 2018. We caution appellee that further extension requests will be disfavored.

/s/     DAVID EVANS
        JUSTICE